IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEDICAL TECHNOLOGY, INC. d/b/a BLEDSOE BRACE SYSTEMS, <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> BREG, INC., <br><br> Defendant/Counterclaim Plaintiff, <br><br> PRO (MEDEAST) and PROFESSIONAL RECONSTRUCTIVE ORTHOPEDICS, INC. D/B/A MEDEAST POST-OP SURGICAL, <br><br> Movants. | CIVIL ACTION <br> NO. 10-mc-00100 <br><br><br><br><br> Principal Case Currently Pending in the U.S. District Court for the Northern District of Texas, Dallas Division, No. 3:09-cv-01328B |

## ORDER

**AND NOW**, this 21st day of September, 2010, upon consideration of the Motions by non-parties Professional Reconstructive Orthopedics, Inc. d/b/a MedEast Post-Op Surgical ("MedEast Post-Op") and Pro (MedEast) to Quash Third-Party Subpoenas issued by Breg, Inc. ("Breg")(Dkt. Nos. 1 & 2), and Breg's Responses (Dkt. Nos. 5 & 6) thereto, and for the reasons set forth in the accompanying Memorandum,

**IT IS ORDERED** that the Motions to Quash are **DENIED** and MedEast Post-Op and Pro (MedEast) shall produce on or before Thursday, October 21, 2010 to Breg's counsel any and all responsive documents to the subpoenas duces tecum served on May 12, 2010.

**IT IS FURTHER ORDERED** that MedEast Post-Op and Pro (MedEast) shall create a detailed privilege log for any document withheld on the basis of privilege, which shall be produced to Breg's counsel on or before Thursday, October 21, 2010.

BY THE COURT:

　_/s/ Henry S. Perkin_
HENRY S. PERKIN,
United States Magistrate Judge